UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEE MAJOR | CIVIL ACTION |
| VERSUS | NO. 17-3869 |
| TRAVIS DAY, ET AL. | SECTION: "N"(5) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Amended Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Amended Report and Recommendation, hereby approves the Amended Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Lee Major is transferred to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 20th day of July, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE